UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-01647-RLY-MJD |
| | ) | |
| BRIDGESTONE AMERICAS TIRE | ) | |
| OPERATIONS, LLC, | ) | |
| LEAR SIEGLER DIVERSIFIED HOLDINGS | ) | |
| CORP., and | ) | |
| FERODO AMERICA, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On August 19, 2022, Plaintiff United States filed suit against Defendants Bridgestone Americas Tire Operations, LLC, Lear Siegler Diversified Holdings Corp., and Ferodo America, LLC, seeking response costs under the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9601 *et seq*. The same day, Plaintiff filed two proposed consent decrees with the court and solicited public comment.[1] No comments were received. Now before the court is Plaintiff's motion to enter the proposed consent decrees, which is unopposed by Defendants.

---

[1] One proposed consent decree is between Plaintiff and Defendants Bridgestone Americas Tire Operations, LLC, and Ferodo America, LLC. (Filing No. 3-1). The other proposed consent decree is between Plaintiff and Defendant Lear Siegler Diversified Holdings Corp. (Filing No. 3-2).

For the reasons stated in Plaintiff's brief in support of its motion, (Filing No. 6), the court finds that the proposed consent decrees are "reasonable, consistent with CERCLA's goals, and substantively and procedurally fair." *United States v. George A. Whiting Paper Co.*, 644 F.3d 368, 372 (7th Cir. 2011). Accordingly, Plaintiff's Unopposed Motion to Enter Proposed Consent Decrees (Filing No. 5) is **GRANTED**.

**IT IS SO ORDERED** this 1st day of November 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.